[ Filed June 21, 1890. ]

## A. E. EATON, RESPONDENT, *v.* THE OREGON RAILWAY & NAVIGATION COMPANY, APPELLANT.

APPEAL from Union county: JAS. A. FEE, judge.

*W. W. Cotton* and *Gilbert & Snow*, for Appellant.

*R. Eakin* and *T. H. Crawford*, for Respondent.

PER CURIAM.—The points raised and decided in the preceding cases—*Eaton* v. *O. R'y & N. Co., ante,* p. 391—render it unnecessary to consider the main questions suggested by this record. In the views there expressed the instructions were not prejudicial, and the judgment must be affirmed.